JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| ERNEST SIMMS,<br><br>        Petitioner,<br><br>    v.<br><br>KIMBERLY A. SEIBEL,<br><br>        Respondent. | NO. CV 17-01985-SVW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 15, 2017.

_____
STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE